FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 20 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SAMUEL KLEIN, on behalf of himself and all
other similarly situated consumers,

            Plaintiff,

-against-

PHILLIPS & COHEN ASSOCIATES, LTD

           Defendant.
-----------------------------------------------------------x

Civil Action No. 1:18-cv-01281

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiff, Samuel Klein, by counsel, and Defendant Phillips & Cohen Associates, Ltd. ("PCA"), by counsel, and upon their stipulation and agreement to dismiss, with prejudice, the above-entitled action;

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and PCA, it be and hereby is

**ORDERED, ADJUDGED** and **DECREED** that the above-entitled action is hereby DISMISSED WITH PREJUDICE, and without attorney's fees and costs against any party.

SO ORDERED this 18th day of June 2018

/s/ USDJ ERIC N. VITALIANO
**UNITED STATES DISTRICT COURT JUDGE**

The Clerk is directed to close this case.

35296727v1

WE ASK FOR THIS:

By: */s/ David Palace*
David Palace
Law Offices of David Palace
383 Kingston Ave. #113
Brooklyn, New York 11213
Telephone: (347) 651-1077
Facsimile: (347) 464-0012
*Attorney for Plaintiff*

By: */s/ Stephen J. Steinlight*
Stephen J. Steinlight
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6008
Facsimile: (212) 704-6288
E-mail: stephen.steinlight@troutman.com
*Attorney for Defendant,*
*Phillips & Cohen Associates, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of May 2018, the foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* was filed using the Court's electronic filing system which will send notice to all counsel of record.

Dated: May ___, 2018.

*/s/ David Palace*

3

35296727v1